# AMENDED ABSTRACT OF JUDGMENT

### Notice

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323 (f), creates a lien on all real property of the judgment debtor(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

Court Name:   United States District Court,  Northern District of California
Court Number:  CR 04-0323-4 WBS (JCS)
County Name:   Alameda County

| JUDGMENT DEBTOR(S): Names and address of parties against whom judgment has been entered. | | JUDGMENT CREDITOR: Name of party in whose favor judgment has been entered. |
|---|---|---|
| **Bick Wong**<br>a/k/a Bick You Wong; Bick You Lew<br>San Francisco, CA 94127<br><br>Social Security No.: **XXX-XX-3742**<br>Driver's License No. & State: (Unknown) | | UNITED STATES OF AMERICA |
| Amount of Judgment | Names of Creditor's Attorneys | When Docketed |
| $32,077.97<br>Plus costs and interest | United States of America<br>c/o U.S. Attorney's Office<br>450 Golden Gate Avenue<br>P.O. Box 36055<br>San Francisco, CA 94102<br>Attn: Financial Litigation Program<br>(415) 436-6970 | Judgment Entered on:<br>June 13, 2007<br><br>Abstract Issued on:<br>July 3, 2007 |

I, Certify that the foregoing is a true and correct abstract of the judgment entered or registered by this Court.

Mark B. Busby
Clerk of the Court
United States District Court,
Northern District of California

*Mark B. Busby*

By _____
      Deputy Clerk

Date Issued:   June 1, 2023